JS-6
Admin Close

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| HUIJIE YAO, <br><br> Plaintiff, <br><br> v. <br><br> DAVID M. RADEL, DIRECTOR OF USCIS LOS ANGELES ASYLUM OFFICE., <br><br> Defendants. | No. ED CV 23-00182-JGB (SPx) <br><br> **ORDER RE: JOINT STIPULATION TO STAY THE CASE PENDING ADJUDICATION OF APPLICATION** |

    Having read and considered the Joint Stipulation to Stay the Case Pending Adjudication of Application submitted by the parties, and finding good cause therefor,

    IT IS HEREBY ORDERED that the instant action shall be stayed until November 18, 2023.

Dated: April 6, 2023

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE